IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff-Respondent, | ) | Case No.   CV-07-367-S-BLW |
| | ) | CR-03-94-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| RUBELO ESTRADA, | ) | |
| | ) | |
| Defendant-Movant. | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by RUBELO ESTRADA is DENIED and Case No. CV-07-367-S-BLW is DISMISSED with prejudice.

Signed: July 3, 2008

**Judgment - 1**